JS-6

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LISA A. PALOMBO
Assistant United States Attorney
California State Bar No. 169119
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4042
    Fax: (213) 894-7819
    Email: Lisa.Palombo@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* KARI S. KITAMURA,<br><br>    Plaintiffs,<br><br>    v.<br><br>VALLEY HOME MEDICAL SUPPLY, INC.,<br><br>    Defendant | No. CV 12-11036 DSF (AGRx)<br><br>ORDER DISMISSING ACTION |

Plaintiff United States of America ("United States") and *qui tam* plaintiff Kari Kitamura ("Kitamura"), having jointly requested, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in accordance with and subject to the Settlement Agreement of September 14, 2020 ("the Settlement Agreement"), among these parties and defendant Valley Home Medical Supply, Inc. ("VHMS"), that the above-captioned action ("this action") against VHMS be dismissed, IT IS ORDERED that:

With respect to the Covered Conduct as defined in the Settlement Agreement, this action is dismissed against VHMS with prejudice as to the United States and Kitamura, subject to the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATED:  November 4, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE